**Robert Lewis BANZER, Appellant,**

v.

**UNITED STATES of America,
Appellee.**

No. 21088.

United States Court of Appeals
Ninth Circuit.

Oct. 18, 1966.

Certiorari Denied Jan. 9, 1967.

See 87 S.Ct. 715.

Stanley J. Mitchell, Mitchell & O'Leary, Oregon City, Or., for appellant.

Sidney I. Lezak, U. S. Atty., Norman Sepenuk, Sp. Asst. U. S. Atty., Portland, Or., for appellee.

Before MERRILL and KOELSCH, Circuit Judges, and MATHES, Senior District Judge.

PER CURIAM:

This is an appeal from the judgment imposed following appellant's conviction by jury verdict of the six offenses charged in the indictment, all violations of 18 U.S.C. § 2314.

Inasmuch as no error affecting the substantial rights of appellant appears in connection with his conviction on the second count of the indictment [Fed.R. Crim.P. 52(a)], and the sentences on all counts were imposed to commence and run concurrently, we need not reach the point of decision as to the remaining five counts. [See: United States v. Romano, 382 U.S. 136, 138, 86 S.Ct. 279, 15 L.Ed. 2d 210 (1965); United States v. Gainey, 380 U.S. 63, 65, 85 S.Ct. 754, 13 L.Ed.2d 658 (1965); Lawn v. United States, 355 U.S. 339, 359, 78 S.Ct. 311, 2 L.Ed.2d 321 (1958); Emspak v. United States, 349 U.S. 190, 195, 75 S.Ct. 687, 99 L.Ed. 997 (1955); Hirabayashi v. United States, 320 U.S. 81, 85, 63 S.Ct. 1375, 87 L.Ed. 1774 (1943); Sinclair v. United States, 279 U.S. 263, 49 S.Ct. 268, 73 L.Ed. 692 (1929).]

Affirmed.